### UNITED STATES of America, Plaintiff–Appellee

v.

### Raul Alfonso MENDOZA–MENDOZA, also known as Alfonzo Mendoza, also known as Alfonso Mendoza, Defendant–Appellant.

No. 09–30647
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 13, 2010.

Camille Ann Domingue, Assistant U.S. Attorney, Daniel J. McCoy, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Joseph R. Streva, Jr., Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Raul Alfonso Mendoza–Mendoza (Mendoza) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mendoza has filed a response. The record is insufficiently developed to allow consideration at this time of Mendoza's claim of ineffective assistance of counsel; such claim generally "cannot be resolved on direct appeal when [it has] not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir. 2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Mendoza's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.